# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMOBI CHRISTOPHER ) <br> ) <br>     Defendant. ) <br> ) | CRIMINAL NO. 2008-0023 |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Defendant's Motion to Suppress filed on November 11, 2008. A hearing was held on February 2, 2009. Upon review of the briefs submitted by the parties and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Suppress is **DENIED**.

**ENTERED this 31st day of March, 2009.**

                                                      /s/
                                       **HONORABLE RAYMOND L. FINCH**
                                       **SENIOR U.S. DISTRICT JUDGE**