# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:08-cv-23-01 |
| v. | |
| AMOBI CHRISTOPHER, | |
| Defendant. | |

TO: Evan Rikhye, Esq., AUSA
      Martial A. Webster, Sr., Esq.

## ORDER

THIS MATTER came before the Court for show cause hearing on July 31, 2009, upon the Memorandum re: Violation of Conditions of Pretrial Release (Docket No. 82). The government was represented by Evan Rikhye, Esq., AUSA. Martial A. Webster, Sr., Esq., appeared on behalf of said Defendant. Defendant also was present.

The government followed the recommendation of the Office of Probation that Defendant be ordered to participate in an outpatient substance abuse program. Counsel for Defendant indicated Defendant's agreement with said recommendation.

Being thus advised in the premises and upon due consideration thereof, it is now hereby **ORDERED**:

1. The Court declines to recommend revocation of Defendant's pretrial release at this juncture.

2. Defendant is ordered to attend an out-patient substance abuse program as arranged by the Office of Probation.

                                          ENTER:

Dated: July 31, 2009                        /s/ George W. Cannon, Jr.
                                                      GEORGE W. CANNON, JR.
                                                        U.S. MAGISTRATE JUDGE